Mansa Mura MASSI, a/k/a Wayland Willard Talley, Plaintiff– Appellant,

v.

UNITED STATES MARSHAL SERVICE; Thomas R. Corcoran; R & D Personnel MCAC, Defendants–Appellees.

No. 03–6803.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 14, 2003.

Decided Aug. 21, 2003.

Mansa Mura Massi, Appellant Pro Se. Thomas Michael DiBiagio, United States Attorney, Allen F. Loucks, Office of the United States Attorney, Baltimore, Maryland; John Joseph Curran, Jr., Attorney General, Baltimore, Maryland, for Appellees.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Mansa Mura Massi appeals the district court's order denying relief on his claims under 42 U.S.C. § 1983 (2000) and *Bi-*

*vens.* * We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Massi v. United States Marshal's Serv.,* No. CA–02–3555–MJG (D. Md. filed Mar. 21, 2003; entered Mar. 23, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct.

